In the Matter of WEMBLY MANAGEMENT CO., INC., Doing Business as BLDG. MANAGEMENT CO., INC., et al., Appellants, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION, Respondent.

Submitted September 5, 2006; decided November 20, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).